82

(No. 74-CC-105— )

CHICAGO PRESS CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, HEALTH CARE LICENSURE COMMISSION, Respondent.

*Opinion filed August 14, 1974.*

CHICAGO PRESS CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-130— )

CENTRAL OFFICE EQUIPMENT CO., Claimant, *vs.* STATE OF ILLINOIS, HEALTH CARE LICENSURE COMMISSION, Respondent.

*Opinion filed August 14, 1974.*

CENTRAL OFFICE EQUIPMENT CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.